

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00015-CR

David **FONTANES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR4762
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, counsel's motion to withdraw is GRANTED and the trial court's judgment is AFFIRMED. The trial court clerk is ORDERED to prepare and file a corrected bill of costs showing that no court-appointed attorney's fees are assessed against Fontanes.

SIGNED November 14, 2018.

_____
Karen Angelini, Justice